# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WONDA DAVIS**                                                                                         **PLAINTIFF**

**v.**                   **No. 4:25-cv-00055-LPR-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                      **DEFENDANT**

## <u>ORDER</u>

Defendant's unopposed motion to reverse and remand (*Doc. 13*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 17 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE