IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WONDA DAVIS**                                                                                  **PLAINTIFF**

v.                      No. 4:25-cv-00055-LPR-ERE

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                       **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 17 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE